# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

v.                     Case No. 4:17-CR-00313-19 BSM

**RONALD A. RAMM**                                                            **DEFENDANT**

## **ORDER**

Ronald Ramm's *pro se* motion for compassionate release [Doc. No. 900] is denied because he has not shown that he exhausted his administrative remedies. *See United States v. Smith*, Case No. 4:95-CR-00019-LPR-4, Doc. No. 440 (E.D. Ark. May 14, 2020) (no jurisdiction when defendant fails to exhaust administrative remedies). To the extent that the motion seeks placement in home confinement rather than compassionate release, it is denied because placement decisions are made by the Bureau of Prisons and are not reviewable. *See United States v. Gray*, Case No. 4:12-CR-54-FL-1, 2020 WL 1943476 at *3 (E.D.N.C. April 22, 2020). The motion for status update [Doc. No. 911] is denied as moot.

IT IS SO ORDERED this 1st day of July, 2020.

                                                        /s/ Brian S. Miller
                                                       UNITED STATES DISTRICT JUDGE