**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 4:17-CR-00313-BSM-19**

**RONALD A. RAMM** **DEFENDANT**

**ORDER**

Ronald Ramm's *pro se* motion for reconsideration [Doc. No. 932] is granted. Upon reconsideration, Ramm's motion for compassionate release or sentence reduction [Doc. No. 900] is denied.

Ramm was sentenced to 24 months imprisonment for one count of conspiracy to distribute methamphetamine. Doc. No. 804. He moves for compassionate early release, pursuant to 18 U.S.C. section 3582(c)(1)(A), which requires consideration of 18 U.S.C.A. section 3553 sentencing factors.

Ramm has exhausted his administrative remedies. *See* 18 U.S.C. § 3582(c)(1)(A). He filed a request for release with BOP, due to the threat posed by the COVID-19 pandemic. Mot. Reconsideration, Doc. No. 932. That request was denied on August 12, 2020, so there is jurisdiction over this motion. *See United States v. Smith*, case number 4:95-CR-00019-LPR-4, Doc. No. 440 (E.D. Ark. May 14, 2020).

Ramm argues that his underlying medical conditions, which include sleep apnea, asthma, diabetes, and obesity, are "extraordinary and compelling" reasons that warrant his early release because they greatly increase his likelihood of suffering severe complications

if he contracts COVID-19. Mot. Reconsideration at 3; *see* 18 U.S.C. § 3582(c)(1)(A). Ramm also argues that his brother's recent death warrants his compassionate release, since his brother used to watch Ramm's daughter while Ramm's wife was at work. Mot. Reconsideration at 3; *see* U.S.S.G. § 1B1.13 cmt. n.1. Ramm states that he has not received any infractions while incarcerated, and he would have the support of his wife and family if released. Mot. Release at 3.

The government argues that general fear of contracting COVID-19 is not an extraordinary and compelling reason that warrants release. Further, the record does not show that BOP is failing to attend to Ramm's medical needs. Resp. Mot. Release at 13–16, Doc. No. 904. In fact, Ramm's medical records indicate that he has not complied with doctor's treatment recommendations. *Id*. At 13.

Moreover, the government argues that Ramm is a danger to the community, so he is ineligible for sentence reduction. Resp. Mot. Release at 17; U.S.S.G. § 1B1.13. The Government argues that Ramm's involvement in a large, international drug ring, his prior drug conviction, and his history of domestic violence and substance abuse make him a danger to the community. Resp. Mot. Release at 17–18.

Ramm's request is denied because he is a danger to society and, other than the health issues he points out, there is no reason to revisit the section 3553(a) factors that were considered at the time of sentencing. *See, e.g., United States v. Ram*, 2020 WL 3100837, at *3 (E.D. Ark. June 11, 2020).

IT IS SO ORDERED this 28th day of August, 2020.

Brian S. Miller

UNITED STATES DISTRICT JUDGE