# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                 **PLAINTIFF**

**v.**            **Case No. 4:17-CR-00313-BSM-19**

**RONALD A. RAMM**                                          **DEFENDANT**

## ORDER

Ronald Ramm's motion for sentence reduction under United States Sentencing Guidelines Amendment 782 [Doc. No. 936] is denied because Amendment 782 was taken into account at his sentencing.

IT IS SO ORDERED this 8th day of October, 2020.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE